COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Bobby Kelly v. Texas Department of Criminal Justice

Appellate case number:    01-12-00090-CV

Trial court case number:   25,710

Trial court:                        12th District Court of Walker County

On January 13, 2012, appellant, Bobby Kelly, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On February 9, 2012, the county clerk filed the clerk's record in this cause, including a copy of appellant's affidavit of indigence. The record does not reflect that any contest to the affidavit of indigence was filed. Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

Appellant's brief is **ORDERED** filed with this Court within 30 days of the date of this order.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Terry Jennings
☑ Acting individually      ☐ Acting for the Court

Date: January 10, 2013

---

[1]     The clerk's record was filed on February 9, 2012, and the court reporter informed this Court that there is no reporter's record on March 1, 2012.